In the matter of WILLIAM HOLLINGSHEAD, proceeded against as an absconding or concealed debtor.

In an application for an *attachment* against an absconding, concealed or non-resident debtor, the creditor must state that his *demand arose upon contract, or upon a judgment or decree rendered within this state.*

MOTION to vacate attachment. The attachment was applied for by a firm. In the application it was stated that Hollingshead was *justly indebted to them in the sum of $500 and upwards, over and above all discounts;* and that he had secretly departed from, or kept himself concealed within the state, with intent to defraud his creditors, or to avoid the service of civil process. The application was verified by the affidavits of one of the firm, and of two disinterested persons. Upon this application and proof, the recorder of New-York issued an attachment, which is now moved to be set aside.

August 18.

*D. Graham, jun.* for motion.

*J. L'Amoureux,* contra.

*By the Court,* SUTHERLAND, J. The application for an attachment can be made only by a creditor having *a demand against the debtor, arising upon contract, or upon a judgment or decree rendered within this state, amounting to $100, or up-*

*wards.* 2 *R. S.* 3, § 3. The next section of the act prescribes that the application shall be *verified* by affidavit, in which shall be specified the sum in which the debtor is indebted to the creditor over and above all discounts. The last requirement is similar to that contained in the old law, 1 *R. L.* 157, § 1; but the requirement that the nature of the indebtedness shall be shewn, is a new provision incorporated into the revised statutes. This requirement not having been complied with in this case, the attachment issued irregularly, and must be set aside.